# Exhibit B

Date: April 10, 2004

## Authorization

I am acting as next friend for my  SON , whose name is MAJED MOHMOOD, and who is being held at Guantanamo Bay. I hereby authorize Mohammed Naji Allawo, Najeeb Bin Mohammed al-Nauimi and Clive Stafford Smith (of *Justice In Exile*), Michael Ratner and the Center for Constitutional Rights, and any person assigned by these lawyers, to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

_____

Name: MAHMOUD AHMED

*Witnessed:*

Nabeel Rajab
_____
Print Name: