# Exhibit C

## Affidavit of Mahmoud Ahmed

Comes now, Mahmoud Ahmed, under oath, and makes the following statement in Sana'a, Yemen:

I am the father of Majid Mahmoud Ahmed. My son was born in June 1980. I have three other sons, and three daughters. Majid is the third son. I am retired from a petroleum company. My wife is 50 years old, named Saboula.

Majid finished school. He was a good student. He loves swimming and football. He was single, and was always quiet, and respectful to everyone.

Majid left to go to Pakistan to continue his studies. He called home five or six months later, and his last call was after September 11, when he told us that he was coming back to Yemen.

We received a letter from the Red Cross telling us he was in Guantanamo Bay.

We have had six cards and five letters over the months. The most recent one was in August 2003.

His mother's health is deteriorating and she has a heart problem now as a result of worrying about her son. We all miss him very much.

I know that my son would want me to take whatever steps I could on his behalf and I wish to act as his next friend in court.

Signed this 10th day of April, 2004.



_____
Mahmoud Ahmed


Witnessed: _____