# Exhibit D

Date: April 10, 2004

## Authorization

I am Ahmed Abdulwahhab, and am acting as next friend for my son, Abdulmalik Abdulwahhab Al-Rahabi, who is being held at Guantanamo Bay. I hereby authorize Michael Ratner and the Center for Constitutional Rights, as well as Joe Margulies and Clive Stafford Smith, and any person assigned by these lawyers, to act on my behalf and on my son's behalf, to secure any documents and information concerning my son that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

_____
Ahmed Abdulwahhab

*Witnessed:*

Print Name: Nabeel Rajab — Bahrain Center for human rights