# Exhibit E

## Affidavit of Ahmed Abdulwahhab

Comes now, Ahmed Abdulwahhab, under oath, and states as follows:

I am the father of Abdulmalik Abdulwahhab Al-Rahabi. I live in Ibb, Yemen. I make this affidavit in Sana'a, Yemen.

My son is married to Haleema Mohammed Saeed, and they have one daughter, Ayesha'a Abdulmalik, who is now four years old.

I have five sons and seven daughters. Abdulmalik is my second son. He was 18 years old when he left Yemen to go to Pakistan. He is 22 years old now.

My son finished school and wanted to study later in University, after he studied the Koran in Pakistan. When he was young, in addition to his studies, my son enjoyed sports.

My son never went to Afghanistan. He went to Pakistan to study the Koran. He went around September 2000, and took his wife and child with him (the child was born in Pakistan). While there, he would call the family every six months.

Haleema came back to Yemen during Ramadan (in November 2001). My son was coming back to Yemen as well, but was arrested in Pakistan. We learned that he was taken to Guantanamo Bay when we read it in the newspaper.

The family has suffered because Abdulmalik has been in Guantanamo Bay. We have received only very limited correspondence from him, and it was nine months since we last heard from him, before we recently received two letters, both censored and months old.

I have known my son to be involved in any violence. He is not the kind of child

1

who would commit violent acts.

احمد عبدالوهاب رجب
احمد

_____
Ahmed Abdulwahhab

Witnessed:

_Nabeel Rajab - Bahrain center for human Rights_