# Exhibit F

DATe: April -2004

## Authorization

I am acting as next frind for my brother whose name is Mekhtar Yahia Naji Alwrali. And who is being hled at Cuantanamo Bay. I hercby authorize Mohammed Naji ALLawo, Najeeb Bin Mohammed AL- nauimi and clive Stafford Smith (of gustice in Exile), Michael ratner and the Canter for Constitutional Righs, and any person assigned by these Lawyers, to ect on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whetever redrass they believe to be in his best interests, in the courts of the united States, and in any other legal forum available.

Name: Foade Yahia Naji Alwrali

Witnessed:

print Name:



