# Exhibit I

## Affidavit of Jamel Khasem Mohammad

Comes now, Jamel Khasem Mohammad, under oath, who makes the following statement in Sana'a, Yemen:

I am the older brother of Yasein Khasem Mohammad Esmail. I am the second of five sons. My parents also have three daughters.

Our family comes from Ibb, in Yemen, where we still live. My father has been a farmer all of his life, and my mother is a housewife. It has been their ambition for their children that everyone should benefit from a good education, and have the chance to get a good job in life.

Our oldest brother is still a student at the University of Ibb, studying the Arabic language with a view perhaps to becoming a teacher. I secured a B.S. and am an employee of the University in the Chemistry department. Our other two brothers are still students, as are the three girls.

Yasein would be 22 now. He was born in 1982. He graduated from high school, and had planned to go to university and wanted to study Arabic language. He thought that he would become a teacher of Arabic. This is very important work as it allows the reader of the Koran to understand the original text.

Yasein was always a very studious and responsible child. He spent much of his time working with our father to help with the sheep. It is normal in our villages for families to own animals. Those who are young and who are responsible are given the job of looking after the animals. After going to school all day, Yasein would come home to work with the sheep in the evening.

1

When he was very young he used to be keen on football. He played all sorts of positions for the local team but gradually played this less as he felt obliged to help our father with the animals.

Yasein loved reading. There were not many books available in our village, so he concentrated on reading all of the school books. Yasein also loved poetry – he was a romantic. When he was young, his girlfriend was called Sabah (which means morning in our language), who was from a nearby village. He was keen on poems that we call "ghazel", which are long poems that are always from man to woman.

I, too, like to write poems, and recently wrote the following one about the impact of Yasein's absence on my mother. It is roughly translated as follows:

### Poem for My Mother

You ask me how my mother lives –
    Please do not wait to hear.
You ask me how my mother lives –
    Words cannot speak her tears.

I know not even where to start,
    Which door might open to
The darkness in my mother's heart
    Blacked out by censored cards.

My mother's heart remains a void
    Yet papered round with pain
My mother's heart remains a void
    Since Yasein went away.

My mother's body struggles on:
    World, watch her burning soul.
My mother's body struggles on,
    With sorrow as her shrine.

My mother names before our God
    The cause of all her pain
My mother kneels in prayer to God
    As tears run down her eyes.

2

> You ask me how my mother lives –
> Please do not wait to hear.
> My mother's heart swells larger than
> Mere language can declare.

Yasein also loved music. His favorite singer was Ayub from Yemen.

When he was young, he was perhaps not as religious as he should have been. Indeed, as his older brother I was the one who would criticize him for not saying his prayers enough. As a result, perhaps, of my efforts, when he was 16 or 17 he began to get more serious about his faith.

He was always a very peaceful person. We come from a village where the Imam is someone who was able to read and write, and who would lead us in prayer and teach us our obligation to pay *zakat* (the charity that we are obliged to give, as Muslims). This was mainly what Yasein absorbed from his religious faith. He certainly never had any inclination towards violence, which was the opposite of what we learned and believed in.

Yasein went to Pakistan prior to going to university. He went around September 2000 in order to learn Arabic better. He was one of two people who went from the village. The other was Sadeq Mohammed Sa'id. When they had studied in Pakistan, they were going on to do missionary work (teaching Arabic and the Koran) to Afghanistan.

Our family heard about Yasein being in Guantanamo Bay from a Red Cross letter. Also, the governmental newspaper published names of people in Guantanamo Bay. There were about 32 names listed on the first occasion, and while it was misspelled, his name was in that group.

3

When he was first at Guantanamo every three to four months our family received letters, but we have received none for about nine months. His first letter asked us to inform the Yemen embassy officials and ask them to demand that he be freed.

We are a very poor family, but we have made efforts made to help him. We have contacted our parliamentary representatives, and local human rights advocates. We also contacted Jamel al-Morshed, a lawyer. We have been able to get no assurances from the United States about Yasein at all.

I know my brother very well and cannot believe that he would have been involved in violence. I have heard about the foreigners being "sold" over to the Americans for rewards, as purported Taliban soldiers, and am very concerned that this must have happened to my brother.

Signed under oath this ___ day of April, 2004.

_____
Jamel Khasem Mohammad

Witnessed:

_____

4