# Exhibit J

April 11, 2004

## AUTHORIZATION

I am acting as next friend for ..ADNAN FARHAN ABDUL LATIF..........., who is being held by the United States military at Guantanamo Bay, Cuba. I hereby authorize Michael Ratner and the Center for Constitutional Rights, as well as Joe Margulies and Clive Stafford Smith, and any person assigned by these lawyers, to act on my behalf and on ...MY BROTHER'r.............. behalf, to secure any documents and information which concern him and that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

طرحي لطفا عبد اللطيف
_____

Print Name:  MOHAMED FARHAN ABDUL LATIF


*Witnessed:*

Nabeel Rajab
_____

Print Name: