# Exhibit K

## DECLARATION BY MOHAMED FARHAN ABDUL LATIF

I, **MOHAMED FARHAN ABDUL LATIF**, of Taiz, Yemen under oath make the following declaration:

1. I am the younger brother of Adnan Farhan Abdul Latif.

2. There are ten of us in our family. Adnan is the fourth oldest in the family. He is 26 years old now and was born in 1973.

3. After finishing Secondary School in 1994, Adnan became a volunteer in the Yemeni army when there was a civil war in the country. He served in this capacity for two months. He left because he was badly injured in an accident which left him with a fractured skull.

4. Adnan left Yemen for treatment in Jordan in 1994. After being treated he returned to Yemen. His injuries resulted in his losing his sight in his right eye and his hearing in his left ear. The government paid him a monthly disability payment for this. Annexed hereto marked "MFAL 1" are copies of Adnan's medical treatment history.

5. Adnan left Yemen for further medical treatment at the beginning of 2001. We didn't hear from him after his arrival there. The next thing we heard from him was a letter from Guantanamo delivered through the International Committee of the Red Cross. This letter was dated February 2003. It came as a complete shock to us to learn that Adnan had ended up in Guantanamo.

6. Since this letter my family has received another five or six letters from Adnan. The last one we received was in December 2003.

7. In these letters he has described his prison as "my island of hell". In one, he asked my father to send him his medical records. My father did so some months ago now.

8. Adnan is not a member of Al Qaeda, nor was he ever a member of the Taliban government armed forces. We have no idea who arrested him or the reasons for his arrest. He was receiving medical treatment in Karachi, Pakistan when we last heard from him. As far as we know he has never been to Afghanistan. We have absolutely no idea why he is now being held at Guantanamo.

9. To the best of my knowledge no charges have been laid against Adnan. Nor has he been brought before a judicial officer of any properly constituted court or tribunal since his detention.

10. From my brother's messages and my knowledge of his nature I know that Adnan wants me to take legal proceedings on his behalf to challenge the lawfulness of his detention. To this end I wish to act as his "next friend".

11. I hereby instruct, request and authorize, Michael Ratner, Joe Margulies, Clive Stafford Smith, or their associates, to act on behalf of my brother and to take whatever legal steps they consider be in my brother's best interests including filing proceedings in U.S. and international fora.

12. I know the facts herein to be true of my own knowledge, except where otherwise appears.

At Sana'a on this 11th day of April, 2004

طرد بن واحد عبد الله

Witnessed By: