# Exhibit M

# AFFIDAVIT OF NABIL MOHAMED MAR'I

I, **NABIL MOHAMED MAR'I**, of Damar, Yemen being duly sworn, **DEPOSE AND STATE** as follows:

1. I am the brother of Jamal Mar'i of Khochna village, Yemen.

2. Jamal is my elder brother. He is 34 years old. We have nine brothers and eleven sisters in our family. Our father and mother are still alive and living together with my wife and family in Damar village. Our family has a food store and a small farm that supports not only our own family but the whole of our extended family of 22.

3. Before leaving for Pakistan in 2001, together with three of my other brothers, Jamal worked with me in the food store.

4. Jamal was married in 1994. He and his wife have a son and three daughters. The youngest is five and the oldest 11. All of them, apart from the youngest, are at school.

5. After completing his High School education in 1994, Jamal went to Azerbijan to study Petroleum Engineering. His studies were financed in part by the Yemeni government and partly by our father. He returned from his studies after a year and a half to visit with us and returned once again to Azerbijan with his wife and young daughter. After completing his studies in 1998, Jamal and his family returned to Yemen.

6. Unfortunately, upon his return to Yemen, there was no work for Jamal in his field of study. Jamal therefore helped me and my brothers run the food store.

7. Keen to further his studies and to find better paying work to support both his own and his extended family, Jamal left for Pakistan at the beginning of 2001. Finances did not allow him to take his family to Pakistan at this time, so he traveled alone with the intention of bringing them over to Pakistan once he had established himself there.

8. Jamal set himself up in Karachi, Pakistan. While there, Jamal called and wrote to us regularly. It never felt as if he was very far away. We had all become used to our older brother being away from Yemen.

9. About a week after September 11, 2001, Jamal called me from Pakistan. He asked that I arrange for his wife and family to travel to Pakistan. Despite the possibility of U.S. military intervention in Afghanistan, Jamal did not consider there would be any danger in his wife and children traveling to Pakistan as they would be staying in Karachi, far away from any conflict in Afghanistan.

10. During our conversation, Jamal also discussed the possibility of his establishing an export business in Karachi, exporting medicines from Pakistan to Yemen. He asked that I investigate whether such a venture would be viable. Jamal said that prospects for him in Pakistan looked good and that he would probably stay there for some time.



1

11. After our call, I inquired in to the possibility of obtaining travel documents for Jamal's wife and children. I discovered that the Pakistan Embassy to Yemen had been closed down and that there was no way of getting travel documents.

12. Shortly after this call, a friend of the family called around to see me. He said that he had recently received a telephone call from his son who was working in Karachi and who knew Jamal. He said that he thought Jamal had been arrested in Karachi by officials from the United States government. This caused me great concern and I immediately tried to contact Jamal to see how he was. My attempts were all unsuccessful

13. Some weeks later, my mother received a telephone call from the International Committee of the Red Cross (ICRC) from Jordan to say that Jamal was detained there. The person with whom she spoke did not say who Jamal was detained by. He left his telephone number.

14. I called the ICRC in Jordan and suggested that I travel there with my father to visit with Jamal. Although the ICRC said this would be possible, the Yemen Government Ministry of the Interior thought such a course of action unwise, as the Jordanian government may arrest and detain us too. They did not explain why, but we took their advice, nonetheless.

15. Some time after receiving the call from the ICRC, my family received a message from Jamal via the ICRC, Jordan. In this short note, Jamal said that he was held in Jordan. He did not say why, however. Jamal said that he was in good health, that he had no idea why he was detained and that he believed he would soon be released.

16. We received about three of four similar such messages from Jamal. Then, in April 2002, we received an ICRC message from him from the ICRC in Yemen. The message had been sent from Guantanamo Bay.

17. Since this time, we have received one or two messages a month from Jamal. All came from Guantanamo. All are brief and simply state that he is in good health, that we shouldn't worry about him and that he hoped he would be home soon. He said he had done nothing wrong and did not know why he was being held. My family wrote to Jamal at Guantanamo every 10 to 15 days. We think he has received them all but aren't entirely sure.

18. In November 2003, Jamal's messages stopped coming. We don't know why. We have written to him asking why he is not writing, but to date have heard nothing.

19. Although my family had become used to Jamal's absence from Yemen, his disappearance in 2001 and now his silence has made us all deeply depressed. We have no way of finding out how he is; whether he is healthy, even whether he is alive.

20. My mother has taken Jamal's disappearance the worst. She has developed high blood pressure and often sinks in to bouts of very deep depression. In many ways, it would be preferable if we knew Jamal were dead for at least then we would be able to grieve and eventually get over his death. It's the simply not knowing what has happened to



him that affects us all the most. If only we could hear his voice, learn that he is safe and well that would make our lives all so much better.

21. Jamal's wife is beside herself with worry. His young children don't understand what has happened to their father and constantly ask where he is, why he doesn't call and when he is coming back home. We never tell them the truth in response to their many questions and simply tell them that he will be back soon and that he cannot call because there is no phone where he works now. As his youngest child was born after he left for Pakistan, Jamal has never seen him.

22. Jamal's disappearance is also felt in the wider community. He was well loved and respected in his home village and his many friends miss him greatly. None can understand why he has been detained. They cannot imagine Jamal in trouble with the law, let alone in terrorist activity.

23. Together with my father and brothers we have attempted to get more information on the circumstances surrounding Jamal's arrest and detention by the United States at Guantanamo. We have attempted to meet with the United States Ambassador to Yemen over five times now, the last occasion being in March, 2004. He has refused all our requests. On at least twenty occasions now we have met with officials from the Yemen Government Ministry of the Interior to see if we can find out anything from them. We have also written to the Minister of the Interior three times. We have received the same response to all our representations; they know nothing about Jamal's detention.

24. Jamal is a peace loving family man, one who has never engaged or condoned violence of any kind. He is not a member of Al Qaeda, nor was he ever a member of the Taliban government armed forces. As far as we are aware, Jamal was living in Karachi before his mysterious arrest and transfer to Jordan. We have no idea who arrested him in Pakistan or the reasons for his arrest. We have no idea why he was sent to Jordan and detained there. Nor do we know who detained him there for six months. We also don't now why he is presently being held at Guantanamo.

25. To the best of my knowledge no charges have been laid against Jamal. Nor has he been brought before a judicial officer of any properly constituted court or tribunal since his detention began.

26. From my brother's correspondence and my knowledge of his nature I know that Jamal wants me to take legal proceedings on his behalf to challenge the lawfulness of his detention. To this end I wish to act as his "next friend".

27. I hereby instruct, request and authorize, Michael Ratner, Joe Margulies, Clive Stafford Smith, or their associates, to act on behalf of my brother and to take whatever legal steps they consider be in my brother's best interests including filing proceedings in U.S. and international fora.

28. I know the facts deposed to herein to be true of my own knowledge, except where otherwise appears.



3

Case 1:04-cv-01254-RCL   Document 1-13   Filed 07/27/04   Page 5 of 5

Sworn by the Deponent at .SANA'A.... on this .10th. day of April, 2004

_____

Before me:

_____

4