# Exhibit O

## Affidavit of Araf Abdulraheem Mohammad

Comes now, Araf Abdulraheem Mohammad, under oath, and makes the following statement in Sana'a, Yemen:

I am the brother of Othman Abdulraheem Mohammad, who was born in 1981. Our family is five brothers and four sisters. Our father was a police officer, but he disappeared on January 13, 1986, during the Civil War. That left me looking after the family.

My mother is 54 years old and her health is really bad because she has suffered so much. She cannot believe Othman is in Guantanamo Bay because he was so social and friendly with everyone. Meanwhile, my mother has suffered many other tragedies. My mother had a brother die in the civil war, and another brother and her father were also killed by a land mine. She had another son, Ahmed, who left a year after Othman. He called last in October 2001, and has not been heard of since. We do not know where he is, or even if he is still alive.

My brother Othman loved to swim, play football and travel. He was voluntarily working to help teach people to read the Koran.

I last saw my brother in July 1999, when he left to teach Koran in Pakistan. He used to call often, and the last call was in October 2001.

We learned that he was in Guantanamo Bay through the political police in Yemen. Six months after that we received a letter from the United States. We received a call from the Red Cross, and have received some letters through them.

1

I would not believe that my brother would commit a violent act. He is a very emotional man, very sensitive, and while he might well be teaching the Koran somewhere, he would not be violent. If anyone had a problem in our area, he would always be the first one to help.

We last received a letter from him in October 2003, written in August 2003. Most of the letters had censored lines, which frightened the family for his safety. One letter said how he was arrested. He was trying to escape Afghanistan when the war began, along with some other people, but he was not allowed to leave the country. They sought refuge with one of the tribes between Pakistan and Afghanistan, but then their money was taken from them, and then they were turned over to the Americans.

I know that my brother would want me to take whatever steps I could on his behalf and I wish to act as his next friend in court.

Signed this 10th day of April, 2004.

_____
Araf Abdulraheem Mohammad

Witnessed: _____

2