# Exhibit Q

## Affidavit of Nazem Saeed el Haj Obaid

Comes now, Nazem Saeed el Haj Obaid, under oath, and makes the following statement in Sana'a, Yemen:

I am the brother of Adil Saeed el Haj Obaid. There are six children in our family, three girls and three boys. Our father is retired, and our mother is deceased. I am the youngest boy in the family. Ahmed is the oldest. Saeed is the middle boy.

Saeed was born in 1973. He is not married. He finished school here. He would cover books for work. He was a very quiet person, who loved to read, and teach others to read. He enjoyed swimming. He got along very well with everyone in our neighborhood. He also loved to travel.

He always used to help our parents and was very respectful.

I last saw him in July 2001. He left to go to Pakistan for further Islamic studies. He would call every couple of months, telling us that he was doing well on his studies.

We learned that he was in Guantanamo through the newspaper and then we received about ten letters from him. The letters have been censored. This made us more afraid that something harmful was happening to him and they were trying to hide this. The last letter was on June 21, 2003, where he asked us to do whatever we could to try to release him. However, we do not have the money – with my father retired, him gone, and so on – to do much.

Every day I go home, my father looks at my face looking for an answer about where Saeed might be. My father has suffered a great deal. He says every day that he wants to see his son before he dies.

1

Seeing the pictures of the prisoners in Guantanamo, and learning how they have been mistreated, has made our lives much more difficult. We wish we could have some contact with him.

I know that my brother would want me to take whatever steps I could on his behalf and I wish to act as his next friend in court.

Signed this 10th day of April, 2004.

_____
Nazem Saeed el Haj Obaid

Witnessed: _____



الجمهورية الي[منية]
مصلحة الأحوال المدنية والسجل
بطاقة شخصية
الإسم رباعيا: ها‍‍‍‍شم س‍‍‍‍‍
ال‍‍حاج ح‍‍‍‍‍‍
محل وتاريخ الميلاد: الذنبور‍‍ة

