# Exhibit S

## Affidavit of Bashir Mohammed Odeini

Comes now, Bashir Mohammed Odeini, under oath, and makes the following statement in Sana'a, Yemen:

I am the brother of Mohammed Mohammed Hassan Odeini. My parents have sixteen children – nine girls and seven boys. I am the second oldest. Mohammed is the sixth child.

My father is a policeman with the political security in Yemen. My mother looks after all the children. I am an engineer with a telephone company here in Yemen.

My brother is 21. He was born in 1983. My father remarried and therefore I and my brother lived mainly with our mother, who was his first wife. My brother was something of a loner, and would stay by himself a great deal. He did not have, or look for, many friends of his own age.

He was a very quiet boy, and respectful of his elders. He enjoyed playing football. His ambition was to become a policeman like his father.

My brother loves children very much. If he were not a policeman, he would like to teach children. Indeed, he liked to teach children anyway, even though he was young.

My brother is still young and he is not particularly religious at this stage in life. He would shave. We would usually go the beach together for holidays and have parties there. He was anything but an extremist when it came to religion.

My brother had a good relationship with everyone I know. I have never heard anything violent about him for his whole life. I do not believe that my brother would have wanted to hurt, let alone kill, anyone. I know him. I know he cannot have done



1

what the Americans may believe of him – act like a terrorist and so on. He is just not the kind of person who does that.

My brother left in 2000, and he planned to study in Pakistan. He wanted to study Islamic law, the Sharia. When he got to Pakistan, he called my mother to tell her how he was doing. He wad studying and also working in Pakistan to support himself. Then, in the middle of 2002, he simply disappeared – we did not hear from him for a long time.

We were very worried about him when he disappeared. We heard towards the end of 2002 – around December – that he was in Guantanamo Bay. We learned when we received a letter from him through the Red Cross. We have received four messages through the Red Cross. For example, on March 28, 2003, he wrote to us about how we are witnesses that he went to Pakistan to study, not do anything wrong. He asked us to pray for him. He asked us to help him keep in touch with the family. He said he would not forget his family, no matter how long he might be held in Guantanamo Bay.

This has been very difficult for my family. Particularly for my mother, because Mohammed was the only son who still lived with her. She has cried a great deal ever since she learned that he was in captivity, and she still cries a lot today, whenever she thinks about his situation.

I feel as if I have lost my brother. I feel frustrated because I have worried about what I can do for him – who can I talk to, what help can I give him. I have gone onto websites to search for what I might be able to do. But all I have found is a site that tells us of the problems that the prisoners are facing. I found a website from some British organization that said it might be able to help, so I sent them a letter. But I have not been able to do anything to help my brother.



2

I do believe that sometime he will come home, because I know that he is innocent. I believe that the Americans will find him not guilty, and I pray for his release.

I know that my brother would want me to take whatever steps I could on his behalf and I wish to act as his next friend in court.

Signed this 11th day of April, 2004.

_____
Bashir Mohammed Odeini

Witnessed: _____