# Exhibit U

Date: April 10, 2004

## Authorization

I am acting as next friend for my nephew, FAROUK ALI AHMED SAIF, who is being held at Guantanamo Bay, Cuba by the United States military. I hereby authorize Michael Ratner and the Center for Constitutional Rights, as well as Joe Margulies and Clive Stafford Smith, and any person assigned by these lawyers, to act on my behalf and on my nephew's behalf, to secure any documents and information concerning my nephew that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

SHEAB AL MOHAMEDI

*Witnessed:*