# Exhibit V

# DECLARATION BY SHEAB AL MOHAMEDI

I, **SHEAB AL MOHAMEDI**, of Sana'a, Yemen under oath make the following declaration:

1. I am a practicing Yemeni attorney and the uncle of Farouk Ali Ahmed Saif of Taiz, Yemen.

2. Farouk was born in 1982. He is the second oldest son in my brother's family. He is the second oldest in a family of ten.

3. Farouk is perhaps the best loved member of my brother's family. He is the "spiritual father" to his younger siblings. They look to him as a model on how to lead their lives.

4. Farouk completed his high school studies in 1999. He was a diligent and hardworking student and was particularly good at Islamic Studies. He was desperately keen to further his studies in this field beyond High School. As well as an excellent student, Farouk loved to play sport, especially football. He was popular amongst his fellow students, well liked and respected. Annexed hereto and marked "FAS 1" are copies of Farouk's High School transcripts.

5. Farouk left Yemen for Pakistan in May 2001. He left to pursue advanced Islamic Studies at a University in Karachi. Such a course of study is not available in Yemen which meant he had to go elsewhere. He opted for Pakistan because it has a worldwide renowned reputation for Islamic studies. Although his family was sad to see him – particularly his mother, as Farouk was her favorite son – they understood his reasons for leaving and knew they would see him again soon. Following completion of his studies in Pakistan, Farouk intended to return to his family in Yemen and to teach Islam to the Yemeni people. He has always expressed interest in teaching and helping his people better understand the teachings of Islam.

6. About a month after his arrival in Pakistan, Farouk wrote his elder brother in Taiz to let him know that he was in good health and, importantly, well on his way to being accepted for a course of study at a University in Karachi.

7. This was the last his family heard from Farouk for over a year and a half, when to their complete shock and horror they received a short note from him letting them know that he was detained at Guantanamo Bay, Cuba. He said that he was well and asked that his family not worry about him. The letter came through the International Committee of the Red Cross.

1

8. Since receiving this first letter Farouk's family has received a total of seven letters from him. He sent two of them to me personally. All said more or less the same thing; that he was fine, that he was innocent of any wrongdoing, that we should all pray that he be released soon, and that we shouldn't worry about him. The last message we received was some six months ago, in November 2003. This silence has caused all of us great concern. Annexed hereto marked "FAS 2" are copies of some of the ICRC messages sent by Farouk together with English translations.

9. Farouk's disappearance and detention at Guantanamo has had a significant adverse impact on our family. For a year and a half we didn't even know where he was. Learning that he was held at Guantanamo came as a great shock to us all.

10. His mother and father have suffered the most. His mother is being treated for psychological depression at Taiz hospital. Her anguish over Farouk's disappearance has left the left side of he face almost paralyzed. Farouk's father too has been treated for depression. He has lost all hope of ever seeing him alive again. His brothers and sisters as well as myself all feel a deep sense of loss and hopelessness about his disappearance.

11. Farouk is a peace loving man, one who has never engaged or condoned violence of any kind. He is not a member of Al Qaeda, nor was he ever a member of the Taliban government armed forces. As far as we are aware, Farouk was simply a student living in Pakistan. We have no idea who arrested him or the reasons for his arrest. We have no idea why he is now being held at Guantanamo.

12. Neither myself, nor any other member of Farouk's family have contacted either the United States Embassy in Yemen or the Yemen Government authorities to find out more about Farouk's arrest and detention at Guantanamo. We don't think that such an approach would be fruitful and besides we are too afraid to do so.

13. To the best of my knowledge no charges have been laid against Farouk. Nor has he been brought before a judicial officer of any properly constituted court or tribunal since his detention.

14. From my nephew's correspondence and my knowledge of his nature I know that Farouk wants me to take legal proceedings on his behalf to challenge the lawfulness of his detention. To this end I wish to act as his "next friend". Farouk's parents have expressly requested that I act in this capacity due to my legal training and residence in Sana'a, the Yemen capital.

15. I hereby instruct, request and authorize, Michael Ratner, Joe Margulies, Clive Stafford Smith, or their associates, to act on behalf of my nephew and to take whatever legal steps they consider be in my nephew's best interests including filing proceedings in U.S. and international fora.

16. I know the facts herein to be true of my own knowledge, except where otherwise appears.

At Sana'a on this 10th day of April, 2004

2

Sworn by the Deponent at Sana'a on this 10th day of April, 2004

Before me:

/power/ Ahmed Faisal