# Exhibit W

DATe:  April -2004

## Authorization

I am acting as next frind for my __Son__ whose name is __Salman Yahalli H san Mohammad Saud__ And who is being hled at Cuantanamo Bay. I hercby authorize Mohammed Naji ALLawo , Najeeb Bin Mohammed AL- nauimi and clive Stafford Smith (of gustice in Exile) , Michael ratner and the Canter for Constitutional Righs , and any person assigned by these Lawyers , to ect on my behalf and on my relative's behalf , to secure any documents and information concerning my relative that are necessary for his defense , and to seek whetever redrass they believe to be in his best interests , in the courts of the united States , and in any other legal forum available.

Name: __Yahiua H sane Mohammad Saud__

Witnessed:

print Name: _____



