IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAFIQ RASUL, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 02-CV-0299 (CKK) |
| ) | |
| GEORGE WALKER BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| FAWZI KHALID ABDULLAH FAHAD ) | |
| AL ODAH, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-CV-0828 (CKK) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MAMDOUH HABIB, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 02-CV-1130 (CKK) |
| ) | |
| GEORGE WALKER BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

|  |  |
|---|---|
| MURAT KURNAZ, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 04-CV-1135 (ESH) |
| ) | |
| GEORGE W. BUSH, ) | |
|    President of the United States, ) | |
|    *et al.,* ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| OMAR KHADR, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 04-CV-1136 (JDB) |
| ) | |
| GEORGE W. BUSH, ) | |
|    President of the United States, ) | |
|    *et al.,* ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| MOAZZAM BEGG, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 04-CV-1137 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
|    President of the United States, ) | |
|    *et al.,* ) | |
| ) | |
| Respondents. ) | |

| | | |
|---|---|---|
| MOURAD BENCHELLALI, *et al.* | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1142 (RJL) |
| GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| JAMIL EL-BANNA, *et al.* | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1144 (RWR) |
| GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| FALEN GHEREBI, *et al.* | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1164 (RBW) |
| GEORGE WALKER BUSH,<br>  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| LAKHDAR BOUMEDIENE, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1166 (RJL) |
| GEORGE WALKER BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SUHAIL ABDUL ANAM, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1194 (HHK) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ISA ALI ABDULLA ALMURBATI, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1227 (RBW) |
| GEORGE WALKER BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |
|---|---|
| MAHMOAD ABDAH, *et al.* ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 04-CV-1254 (HHK) |

### **(PROPOSED) ORDER**

Having considered Respondents' Motion for Joint Case Management Conference, Entry of Coordination Order, and Request for Expedition, the Court finds that good cause exists in support of Respondents' motion. Thus, upon consultation with the district judges presiding over similar petitions for writs of habeas corpus by Guantanamo Bay detainees pending before this Court, a joint case management conference shall be scheduled at a mutually convenient date and time to develop a coordinated schedule in these cases.

Dated: _____                    _____
                                                                              United States District Judge