IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
MAHMOAD ABDAH, et al.,              )
                                    )
          Petitioners,              )
                                    )
     v.                             )          Civil Action No. 04-CV-1254 (HHK)
                                    )
UNITED STATES OF AMERICA,           )
     et al.,                        )
                                    )
          Respondents.              )
                                    )
```

## RESPONDENTS' FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS CORPUS BY PETITIONER ADIL SAEED EL HAJ OBAID

Respondents hereby submit, as explained herein, the record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Adil Said Al Haj Obeid Al Busayss (listed in the petition as Adil Saeed El Haj Obaid) as a factual return to petitioner's petition for writ of habeas corpus.  See Exhibit A.  For the reasons explained in the record, petitioner Adil Said Al Haj Obeid Al Busayss has been determined to be an enemy combatant.  Accordingly, petitioner Adil Said Al Haj Obeid Al Busayss is lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise, and is being detained.

The portion of the record suitable for public release is attached hereto, and the remaining portions of the record, including information that is classified or not suitable for public release, will be filed under seal and made available to petitioner's counsel upon the entry of a protective order governing such information by the Court, and the issuance of security clearances to petitioner's counsel.

Respondents reserve the right to rely, in addition to the complete record, on legal grounds for petitioner Adil Said Al Haj Obeid Al Busayss's continued detention, which will be presented

in briefing opposing the petition for writ of habeas corpus in accordance with a schedule
determined by the Court.

Dated:  October 1, 2004                          Respectfully submitted,

                                                 PETER D. KEISLER
                                                 Assistant Attorney General

                                                 KENNETH L. WAINSTEIN
                                                 United States Attorney

                                                 BRIAN D. BOYLE
                                                 Principal Deputy Associate Attorney General

                                                 DAVID B. SALMONS
                                                 Assistant to the Solicitor General

                                                 DOUGLAS N. LETTER
                                                 Terrorism Litigation Counsel

                                                 ROBERT D. OKUN
                                                 D.C. Bar No. 457-078
                                                 Chief, Special Proceedings Section
                                                 555 Fourth Street, N.W.
                                                 Room 10-435
                                                 Washington, D.C. 20530
                                                 (202) 514-7280

  /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
PREEYA M. NORONHA
ROBERT J. KATERBERG
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents