UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　　　Respondents. | Civil Action 04-1254 (HHK) |

**ORDER**

For the reasons stated in the court's memorandum docketed this same day, it is this 29th day of March, 2005, hereby

**ORDERED,** that Petitioners' motion for a preliminary injunction is **GRANTED**; and it is further

**ORDERED,** that Respondents shall provide Petitioners' counsel and the court with 30 days' notice prior to transporting or removing any of Petitioners from Guantánamo Bay Naval Base; and it is further

**ORDERED**, that this order shall remain in effect until the final resolution of Petitioners' habeas claims unless otherwise modified or dissolved.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge