# EXHIBIT C



FOR IMMEDIATE RELEASE – December 10, 2007
Contact: Kira Maas (Reyes): 202-225-4831 (office), 202-225-2912 (cell)

http://intelligence.house.gov

## Reyes, Hoekstra Announce Investigation into the Destruction of CIA Interrogation Videotapes

**Washington, D.C.** -- *House Intelligence Committee Chairman Silvestre Reyes (D-Texas) and the committee's top Republican Pete Hoekstra (Michigan) issued the following statement today:*

"Today we are announcing a full committee investigation, pursuant to Intelligence Committee rules, into the issues surrounding the destruction of Central Intelligence Agency (CIA) interrogation videotapes.

"Director Hayden's note to the workforce on December 6, 2007, implied that our committee had been properly notified about the destruction of certain videos in 2005. Based on our review of the record, this does not appear to be true. Our investigation will review issues surrounding the destruction of videos, the CIA's failure to notify Congress of this important matter, and related questions concerning the CIA's interrogation program.

"Our investigation will be complete, thorough and bipartisan. We will follow the facts wherever they lead. And we will use every tool at our disposal to conduct a fair and complete review on behalf of the House of Representatives and the American people.

"Our review will begin with a closed, on-the-record briefing by CIA Director Michael Hayden on Wednesday, December 12, 2007. In the coming days, our staff will be developing a detailed plan for this investigation."

###