IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAHMOAD ABDAH, *et al.,* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-1254 (HHK) |
| GEORGE W. BUSH, *et al.,* | ) ) ) | |
| Respondents. | ) ) ) | |

**ORDER**

Upon petitioners' Emergency Motion for Inquiry Into Respondents' Compliance With Document Preservation Order, it is hereby

ORDERED that the motion is denied.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE