**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MAHMOAD ABDAH,** *et al.*, Petitioners, | ) ) ) ) |  |
| v. | ) ) | Civil Action No. 04-01254 (HHK) |
| **GEORGE W. BUSH,** *et al.*, Respondents. | ) ) ) ) |  |

## NOTICE OF FILING

As required by the protective order entered in this matter, undersigned counsel gives notice that on December 20, 2007, a copy of petitioners' Notice of Second Submission of Classified Information in Support of Petitioners' Emergency Motion of December 9, 2007 was given to a Court Security Officer for clearance for public filing.

The Reply will be filed via the Electronic Case Filing system once it has been cleared.

Dated: Washington, D.C.
December 20, 2007

                                              Respectfully submitted,

                                              COVINGTON & BURLING

By:        /s/
           David H. Remes
           D.C. Bar No. 370782
           1201 Pennsylvania Avenue, N.W.
           Washington, DC 20004-2401
           Tel: (202) 662-5212
           Fax: (202) 778-5212