FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: 12/20/07

*Filed with the Court Security Officer 12/20/2007*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, *et al.*, )<br>Petitioners, ) | |
| ) | |
| *v.* ) | Civil Action No. 04-01254 (HHK) |
| ) | |
| GEORGE W. BUSH, *et al.*, )<br>Respondents. ) | |

**SUPPLEMENTAL SUBMISSION IN SUPPORT OF PETITIONERS'
MOTION FOR INQUIRY INTO RESPONDENTS' COMPLIANCE
WITH DOCUMENT PRESERVATION ORDER**

1. In connection with the hearing scheduled in this matter for Friday, December 21, 2007, Petitioners respectfully submit Exhibit E to the memorandum of points and authorities filed by the petitioners in two other Guantánamo cases pending in this Court, *Abdullah v. Bush*, No. 05-23 (RWR), and *El-Banna v. Bush*, No. 04-1144 (RWR), in support of their motion for a preservation order. (Attach. A.) Also attached is a copy of the cover letter under which the petitioners' counsel in those cases transmitted their memorandum, and the Court's memorandum opinion and order (*El-Banna*, No. 04-1199 (Doc. 149)), to Porter J. Goss, then Director of the CIA, Donald M. Rumsfeld, then Secretary of Defense, and Robert S. Mueller, Director of the FBI, to put these officials personally on notice of the preservation order entered by the Court. (Attach. B.) Two further attachments are identified below.

2. Exhibit E identifies records of the government's treatment of Guantánamo prisoners. Counsel for the *Abdullah* and *El-Banna* learned of these records from a source with personal knowledge. The records include:

### Interrogation Team Records

Each detainee is assigned to an interrogation team that consists of an interrogator, analyst, translator, law enforcement, and a Behavioral Science Consulting Team ("BSCT") member. Each of these team members is likely to maintain his or her own records regarding the detainee.

### BSCT Records

BSCT maintains records that are separate from those shared with the interrogation team.

### Interrogation Plans

Interrogation teams prepared and submitted a detailed interrogation plan[ ] for each detainee. These plans were approved by the Team Chief, the Executive Officer, and the Commander of the Interrogation Section.

\* \* \*

### Interrogation Reports

Various government agencies (including, but not limited to, the FBI, CIA, NSA, OGA) maintained their own files both at Guantánamo and other places.

### Videos

Guantánamo maintains videos of all visits by foreign officials (including, but not limited, to military intelligence, MI5, etc.). Some or all of these materials may be maintained on the computer system. An index exists that identifies these videos by country of visitor.

\* \* \*

### Emergency Reaction Force

The emergency reaction force was frequently videotaped.

[DoD acknowledged this in a secret report obtained by the Associated Press. *See* Paisley Dodds, "Tapes Show Guantánamo Squad's Tactics," Feb 1, 2005, http://www.msnbc.msn.com/id/6895629/ (describing government's torture tactics). (Attach. C.)

Erik Saar, a Guantánamo translator who also performed intelligence functions there, reported the following scene in his memoir *Inside the Wire* 94 (2005) (Attach. D):

"The commander radioed the IRF team leader and told him to start moving in. . . . It was like a scene from some storm trooper action film. They were in no rush;

the psychological effect of their march down the corridor, boots echoing off the metal floor with frightening, deafening thuds, was powerful. One NCO was following the group with a video camera. I was told the tapes were used for training." (Attach. D.)]

**Photographs**

Photographs exist of all prisoners. Some of these photographs show prisoners who were badly beaten. At least some of the photographs showing these injuries were later replaced with new photographs that do not depict injured prisoners.

\*\*\*

**Audio Tapes**

Recordings of some interrogations were made.

3. Petitioners bring these materials to the Court's attention of the Court to underscore the possibility that records of interrogations of Guantánamo prisoners appear to exist – including video and audio recordings similar to those recently destroyed by the CIA – that would be relevant to any spoliation inquiry undertaken by the Court.

WHEREFORE, Petitioners' emergency motion should be granted.

Dated: Washington, D.C.
December 20, 2007

                                           Respectfully submitted,

                                           COVINGTON & BURLING

By: _____/s/_____
      David H. Remes
      D.C. Bar No. 370782
      1201 Pennsylvania Avenue, N.W.
      Washington, DC 20004-2401
      Tel: (202) 662-5212
      Fax: (202) 778-5212