# KELLER AND HECKMAN LLP
*Serving Business through Law and Science*

1001 G STREET, N.W.
SUITE 500 WEST
WASHINGTON, D.C. 20001
TEL. 202.434.4100
FAX 202.434.4646
WWW.KHLAW.COM

WRITER'S DIRECT ACCESS

George Brent Mickum, IV
(202) 434-4245
Mickum@khlaw.com

July 22, 2005

The Honorable Porter J. Goss
Director
Central Intelligence Agency
Office of Public Affairs
Washington, D.C. 20505

    Re:    *Preservation Order*

Dear Mr. Goss:

    The purpose of this letter is to put you on notice of the Memorandum Opinion and Order issued by Judge Roberts on July 18, 2005 in *Abdullah et al. v. Bush et al.* Civil Action No 05-23 (RWR) and *El-Banna et al. v. Bush et al.*, Civil Action No. 04-1144 (RWR).

    We take the position that the Central Intelligence Agency is bound by this Order. Thus, the Agency is required to preserve all relevant documents in its possession and is required to notify all employees, agents, and contractors who may possess documents that fall within the purview of this Order to do the same.

    In pertinent part, the Order reads:

> Respondents shall preserve and maintain all evidence, documents and information, without limitation, now or ever in respondents' possession, custody or control, regarding the individual detained petitioners in these cases.

For your information, the individuals covered by this Order are Jamil El-Banna, Bisher Al-Rawi, Hani Saleh Rashid Abdullah, Rami Al-Oteibi, and Abdullah Al Rashaidan.

    Also enclosed is a copy of Attachment E to Petitioners' Motion for a Preservation Order, which identifies documents and things that are known to exist. Since this list of documents was before Judge Roberts at the time he issued his Order, we believe it constitutes a partial list of the documents that must be preserved.



EXHIBIT B

WASHINGTON, D.C.        BRUSSELS        SAN FRANCISCO

If you have any questions, please do not hesitate to contact me.

Sincerely,

George Brent Mickum, IV

Enclosures