# INSIDE THE WIRE

A MILITARY INTELLIGENCE SOLDIER'S EYEWITNESS

ACCOUNT OF LIFE AT GUANTÁNAMO

ERIK SAAR

AND VIVECA NOVAK

THE PENGUIN PRESS
NEW YORK
2005



EXHIBIT D

from the Koran. "Come on in." We told the guard commander that the Brit seemed intent on being our first genuine holdout. We knew the MPs might call in an IRF. I still hadn't seen one in action.

The guard commander came to talk to the detainee himself. He tried everything in the book. Mo stopped by the cellblock to see if having a native linguist in the mix helped. Not this time.

The commander radioed the IRF team leader and told him to start moving in. Before I saw anything, I heard a detainee in the end cell shout, "Allah al-Akbar." God is great, the common cry when the shit was hitting the fan. Then loud, synchronized stomping as five soldiers entered the block in helmets, over-the-knee shin pads, chest protectors, and thick black-leather gloves. The first soldier in line carried a clear plexiglass shield. They walked in step, each hanging on to the waist of the soldier in front of him. It was like a scene from some storm trooper action film. They were in no rush; the psychological effect of their march down the corridor, boots echoing off the metal floor with frightening, deafening thuds, was powerful. One NCO was following the group with a video camera. I was told the tapes were used for training.

The detainee very slowly kissed his Koran, closed it, placed it in its white covering, and set it on his cell ledge. Then he stood up and took off his orange shirt. He was thin but had a wiry build with sharp muscle definition. We later learned that he'd been a kickboxer at home. The guard commander offered