| APPROVED FOR PUBLIC FILING |
|---|
| REDACTED |

Filed with the
Court ... Officer
Date: 12/20/07
Signature: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHMOAD ABDAH, et al.,
   Petitioners,

v.                         Civ. No. 04-01254 (HHK)

GEORGE W. BUSH, et al.,
   Respondents.

### SECOND SUBMISSION OF CLASSIFIED INFORMATION IN SUPPORT OF PETITIONERS' EMERGENCY MOTION FOR INQUIRY INTO RESPONDENTS' COMPLIANCE WITH PRESERVATION ORDER

In connection with the hearing that the Court has scheduled for Friday, December 21, 2007, petitioners respectfully submit a classified letter dated December 17, 2007 from counsel in *Anam v. Bush*, No. 04-1194 (HKK) ("*Anam* letter") to the government. Anam counsel consented to this submission of their classified letter and will be on hand at the hearing on Friday to address any questions the Court may have about their letter and to provide any other assistance to the Court as they may.

1. [REDACTED] to support the government's determination that *Anam* petitioner Fahmi Abdullah Ahmed (ISN # 688) is properly held as an enemy combatant. [REDACTED]

2. The information in the Anam letter and attachments underscores ▓▓▓ ▓▓▓ n the government's determination that prisoners at Guantanamo are properly held as enemy combatants. The return also underscores the need for the Court to establish a procedure to review the government's handling of classified evidence in the cases before the Court.

Dated: December 19, 2007

Respectfully submitted,

/s/
_____
David H. Remes
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 662-5212
dremes@cov.com

Marc D. Falkoff
COLLEGE OF LAW
NORTHERN ILLINOIS
UNIVERSITY
DeKalb, IL 60115
Telephone: 815-753-0660

*Counsel for Petitioners*