IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **MAHMOAD ABDAH**, *et al.*, | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 04-01254 (HHK)** |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioners respectfully submit an order of Judge Richard Roberts issued on February 14, 2008 in *Abdullah v. Bush*, Civ. No. 05-23 (Doc. 89) (Attach. A).

On January 24, 2008, Judge Roberts issued an order requiring that the government report on its compliance with a preservation order previously issued in light of the government's admission that it had destroyed video records of interrogations of Abu Zubaydah. (Attach. A at 1). The order required that the government file a report by February 14, 2008 providing information responsive to, among other things, "the nature of any evidence potentially subject to the Preservation Order that has been destroyed or otherwise spoliated." *Id*. at 2. The government provided an incomplete response and moved the court to vacate or partially stay the January 24, 2008 order. *Id*. at 3. On February 14, 2008, Judge Roberts denied this request in part and ordered the government to file a report by March 17, 2008 "detailing the nature of any evidence specific to petitioner…that is potentially subject to the Preservation Order that has been destroyed or otherwise spoliated." *Id*. at 5.

    Respectfully submitted,

    /s/ David H. Remes
    David H. Remes (D.C. Bar No. 370782)
    COVINGTON & BURLING LLP

                    1201 Pennsylvania Ave., N.W.
                    (202) 662-5212 (tel.)
                    (202) 778-5212 (fax)

*Counsel for Petitioners*

February 15, 2008
Washington, D.C.