IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAHMOAD ABDAH,** *et at.,* | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-cv-1254 (HHK) |
| **BARACK H. OBAMA,** *et al.,* | ) |
| Respondents. | ) |

## NOTICE OF CLASSIFIED FILING

Pursuant to the Court's Protective Order in this case, notice is hereby given that Respondent submitted to the Court Security Officer for filing their *Opposition to Petitioner Adnan Farhan Abdul Latif's (ISN 156) Motion For Additional Discovery*. Respondents' opposition to Petitioner's motion contains information that is classified and/or protected pursuant to the relevant protective order entered in this matter.

                                                                                      Stephen P. Finn
                                                                                      U.S. Department of Justice
                                                                                      Civil Division
                                                                                      Federal Programs Branch
                                                                                       20 Massachusetts Ave., N.W.
                                                                                      Washington, D.C. 20530
                                                                                      Tel: (202) 305-3284
                                                                                      Fax: (2020 305-2685
                                                                                      Stephen.Finn@usdoj.gov

Dated: May 11, 2009                Respectfully submitted,

                                          TONY WEST
                                          Assistant Attorney General

                                          TERRY M. HENRY
                                          Assistant Branch Director

                                          */s/ Stephen P. Finn*
                                          ANDREW I. WARDEN
                                          PAUL E. AHERN
                                          PAUL CIRINO
                                          STEPHEN P. FINN
                                          Attorneys
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, N.W.
                                          Washington, DC  20530
                                          Tel:  202-305-3284
                                          Fax: 202-305-2685
                                          E-mail: Stephen.Finn@usdoj.gov

                                          Attorneys for Respondents