UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MAHMOAD ABDAH**, *et al.*, | ) ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | **Civil Action No. 04-1254 (HHK)** |
| **BARACK H. OBAMA**, *et al.*, | ) ) ) | |
| *Respondents*. | ) ) | |

**NOTICE OF FILING**

As required by the Protective Order governing this case, undersigned counsel hereby give notice that on July 10, 2009, Petitioner Uthman Abdul Rahim Mohammed Uthman's Traverse has been delivered to the Court Security Officer to be filed under seal.

The Traverse will be filed on the public docket via the Electronic Case Filing system at such time as it is cleared for public filing.

        Respectfully submitted,

        /s/ S. William Livingston
        S. William Livingston
        D.C. Bar. No. 59055
        Alan A. Pemberton
        D.C. Bar. No. 367108
        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave., N.W.
        Washington, DC 20004-2401
        (202) 662-6000 (phone)
        (202) 778-6000 (fax)
        wlivingston@cov.com
        apemberton@cov.com


        David H. Remes
        D.C. Bar. No. 370372
        APPEAL FOR JUSTICE
        1106 Noyes Drive
        Silver Spring, MD 20910
        (202) 669-6508 (phone)
        remesdh@gmail.com

        Marc D. Falkoff
        D.C. Bar No. 491149
        NORTHERN ILLINOIS UNIVERSITY
        COLLEGE OF LAW
        DeKalb, IL 60614
        (347) 564-5043 (phone)
        (815) 753-9301 (fax)
        mdf19@columbia.edu