UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAHMOAD ABDAH**, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | **Civil Action No. 04-1254 (HHK)** |
| ) | |
| **BARACK H. OBAMA**, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

**ORDER**

Upon consideration of Petitioners' Emergency Motion For Clarification Of The Court's August 10, 2009 Order, the Court hereby grants the Motion and **ORDERS:**

The status reports mandated by the Court's August 10, 2009 Order must be limited to the procedural status of each petitioner's review. Respondents must not disclose the substance of the Task Force's deliberations, nor any evidence before the Task Force, unless such substance or evidence is also disclosed at the same time to counsel for Petitioners.

**SO ORDERED.**

United States District Judge

Date: August 12, 2009