IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAHMOAD ABDAH, *et al.*, <br> Petitioners, <br><br> v. <br><br> BARACK OBAMA, <br> President of the United States, <br> *et al.*, <br> Respondents. | ) <br> ) Civil Action No. 04-cv-01254 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF *EX PARTE* AND UNDER SEAL FILING REGARDING TASK FORCE REVIEW

Respondents hereby give notice that they filed with the Court *ex parte* and under seal, pursuant with the Court's Order of August 10, 2009 (dkt. no. 600), a report detailing the status of each petitioner in the above-captioned case in the Guantanamo Review Task Force review process.

Dated: August 24, 2009            Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT (DC Bar No. 431134)
Branch Director

TERRY M. HENRY
Assistant Branch Director

 */s/ Kathryn C. Mason*
ANDREW I. WARDEN
KATHRYN C. MASON (DC Bar No. 985055)
SHERRY SOANES
PAUL DEAN
TIMOTHY JOHNSON
JOHN LOHRER
STEPHEN FINN
RACHELLE WILLIAMS

ROBERT PRINCE
ROBERT BRANMAN
Attorneys for Respondents
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel:  (202) 616-8298
Fax:  (202) 616-8470