IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADIL SAEED EL HAJ OBAID, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1254 (HHK) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondents:

    ROGER A. KELLER, JR.
    U.S. Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, NW
    Washington, DC 20530
    202.305.8975


Dated: November 2, 2009                Respectfully submitted,

                                                 TONY WEST
                                                 Assistant Attorney General

                                                 JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                 Branch Director

                                                 TERRY M. HENRY
                                                 JAMES J. GILLIGAN
                                                 Assistant Branch Directors

                                                 */s/ Roger A. Keller, Jr.*
                                                 ANDREW I. WARDEN
                                                 SCOTT D. LEVIN (D.C. Bar No. 494844)
                                                 ROGER A. KELLER, JR.
                                                 Attorneys
                                                 United States Department of Justice

Civil Division - Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.305.8975

Attorneys for Respondents