IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al., | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 04-cv-1254 (HHK) |
| | ) (ISN 32 and ISN 577) |
| BARACK H. OBAMA, | ) |
| President of the United States, *et al.*, | ) |
| Respondents. | ) |

## NOTICE OF TRANSFER OF PETITIONERS

Respondents hereby provide notice that the United States has relinquished custody of Petitioners FARUQ ALI AHMED (ISN 32) and JAMAL MUHAMMAD 'ALAWI MAR'I (ISN 577) and has transferred each to the control of the Government of Yemen.

/

/

/

/

/

/

/

/

/

Dated: December 22, 2009

                                        Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        JOSEPH H. HUNT
                                        Director

                                        TERRY M. HENRY
                                        JAMES J. GILLIGAN
                                        Assistant Branch Directors

                                        */s/ David H. White*
                                        ANDREW I. WARDEN
                                        KATHRYN MASON
                                        DAVID H. WHITE
                                        HECTOR G. BLADUELL
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883
                                        Washington, D.C. 20530
                                        Tel.: 202-514-3146
                                        david.white2@usdoj.gov