UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>　　　　　　Petitioners,<br><br>　　　　v.<br><br>BARACK H. OBAMA, et al.,<br><br>　　　　　　Respondents. | Civil Action 04-01254  (HHK) |

NOTICE OF FILING

On this 24th day of February, 2010, the Court filed with the Court Security Office its opinion granting the petition for a writ of habeas corpus of Uthman Abdul Rahim Mohammed Uthman (ISN 27).  The Court will enter an unclassified version of the opinion on the docket as soon as it becomes available.

　　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge