UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>    Petitioners,<br><br>  v.<br><br>BARACK H. OBAMA, et al.,<br><br>    Respondents. | Civil Action 04-01254  (HHK) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons set forth in the accompanying memorandum opinion filed with the Court Security Office this same day, it is this 24th day of February, 2010 hereby

**ORDERED** that the petition for a writ of habeas corpus of Uthman Abdul Rahim Mohammed Uthman (ISN 27) is **GRANTED**; and it is further

**ORDERED** that respondents take all necessary and appropriate diplomatic steps to facilitate Uthman's release forthwith; and it is further

**ORDERED** that respondents inform the Court of Uthman's status by no later than April 1, 2010.

                   Henry H. Kennedy, Jr.
                   United States District Judge