IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHMOAD ABDAH, *et al.*,

    *Petitioners*,

        v.

BARAK H. OBAMA,

    *Respondents*.

Civil Action No. 04-cv-1254 (HHK)

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on February 26, 2010, Respondents filed their classified Opposition to Petitioner's Motion for Judgment on the Record, with respect to petitioner Yasein Khasem Mohammad Esmail (ISN 522), with the Court Security Officer consistent with the terms of the September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba.

Dated: February 26, 2010				Respectfully submitted,

							TONY WEST
							Assistant Attorney General

							JOSEPH H. HUNT
							Branch Director

							JAMES J. GILLIGAN
							TERRY M. HENRY
							Assistant Branch Directors

							 /s/ *Robert J. Prince*
							ANDREW I. WARDEN
							ROBERT J. PRINCE (D.C. Bar No. 975545)
							KATHRYN C. MASON
							LINDA B. ALBERTY
							Attorneys
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Ave., N.W.
							Washington, DC  20530
							Tel:  (202) 305-3654

							Attorneys for Respondents