IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MAHMOAD ABDAH**, *et al.*, | ) ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | **Civil Action No. 04-1254 (HHK)** |
| **BARACK H. OBAMA**, *et al.*, | ) ) ) | |
| *Respondents*. | ) ) ) | |

**NOTICE OF FILING**

As required by the Protective Order governing this case, undersigned cousel hereby give notice that on February 26, 2010, Petitioner Yasein Khasem Mohammad Esmail's Opposition to Respondents' Motion for Judgment on the Record was delivered to the Court Security Officer to be filed under seal.

Petitioner Yasein Khasem Mohammad Esmail's Opposition to Respondents' Motion for Judgement on the Record will be filed on the public docket via the Electronic Case Filing system at such time as it is cleared for public filing.

Respectfully submitted,

/s/  Anna E. Cross
S. William Livingston
D.C. Bar No. 59055
Alan A. Pemberton
D.C. Bar No. 367108
Anna E. Cross
D.C. Bar No. 494788
Brian E. Foster
D.C. Bar No. 988311

- 2 -

        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave., N.W.
        Washington, DC 20004-2401
        Tel:  (202) 662-6000
        Fax:  (202) 778-6000
        wlivingston@cov.com
        apemberton@cov.com
        across@cov.com
        bfoster@cov.com

        David H. Remes
        D.C. Bar. No. 370372
        APPEAL FOR JUSTICE
        1106 Noyes Drive
        Silver Spring, MD 20910
        Tel:  (202) 669-6508
        remesdh@gmail.com

        Marc D. Falkoff
        D.C. Bar No. 491149
        NORTHERN ILLINOIS UNIVERSITY
        COLLEGE OF LAW
        DeKalb, IL 60115
        Tel:  (347) 564-5043
        Fax:  (815) 753-9301
        mdf19@columbia.edu

        Counsel for Petitioner

February 26, 2010