IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHMOAD ABDAH, *et al.*,

*Petitioners*,

v.

BARACK H. OBAMA,

*Respondents*.

Civil Action No. 04-cv-1254 (HHK)

**JOINT STATEMENT OF MATERIAL ISSUES IN DISPUTE AS TO PETITIONER YASEIN KHASEM MOHAMMAD ESMAIL (ISN 522)**

Pursuant to the Court's Minute Order of January 20, 2010, adopting the parties' Joint Proposed Prehearing Order (dkt. No. 748), the parties expect to present evidence on the following contested issues of fact during the merits hearing scheduled for March 9, 2010. The overarching issue before the Court is whether it is more likely than not that Petitioner Esmail (ISN 522) was part of Al-Qaida or Taliban forces as shown by the evidence presented on the following factual allegations, which Petitioner denies:

1. Petitioner traveled from Yemen to Afghanistan to receive military training for jihad at the urging and with the assistance of a known al-Qaida recruiter.

2. Petitioner received military training at al-Qaida's flagship al-Farouq training camp on two separate occasions, including a 4-month stint, and at the Malek training camp, also on two separate occasions, staying at known al-Qaida guesthouses between his training camp attendance.

3. Petitioner attended the Institute of Islamic/Arabic Studies, which, among other things, was directed by a high-ranking al-Qaida leader who also served as a spiritual advisor to Usama bin Laden.

4. After September 11, 2001, Petitioner associated with al-Qaida leadership, fought at the Battle of Tora Bora, and was captured while retreating from the battle.

Dated:  March 3, 2010

 /s/ Brian  E. Foster
Alan A. Pemberton
D.C. Bar No. 367108
Anna E. Cross
D.C. Bar 494788
Brian E. Foster
D.C. Bar No. 988311
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)

David H. Remes
D.C. Bar No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
Dekalb, IL 60115
(347) 564-5043 (phone)
(815) 753-9301 (fax)

Attorneys for Petitioners

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

JAMES J. GILLIGAN
TERRY M. HENRY
Assistant Branch Directors

 /s/ Linda B. Alberty
ANDREW I. WARDEN
ROBERT J. PRINCE (D.C. Bar No. 975545)
KATHRYN C. MASON (D.C. Bar No. 985055)
LINDA B. ALBERTY
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 305-3654

Attorneys for Respondents

