IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAHMOAD ABDAH, et al., | ) |
|  | ) |
| Petitioners, | ) |
|  | ) Civil Action No. 04-CV-1254 (HHK) |
| v. | ) |
|  | ) |
| BARACK OBAMA, et al., | ) |
|  | ) |
| Respondents. | ) |

**NOTICE OF APPEARANCE**

Undersigned counsel, Mark A. Vetter, hereby enters his appearance as one of the counsel for Respondents in the above-referenced case.

Dated: March 4, 2010         Respectfully Submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

 */s/ Mark A. Vetter*
ANDREW I. WARDEN
KATHRYN C. MASON (D.C. Bar No. 985055)
MARK A. VETTER
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Tel:   202-305-9910
Attorneys for Respondents