## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YASEIN KHASEM MOHAMMAD ESMAIL, *et al.*,     ) ) ) ) | |
| *Petitioners*,     ) | |
|       ) | |
| *v.*     ) | Civil Action 04-cv-1254 (HHK) |
|       ) | |
| BARACK H. OBAMA, *et al.*,     ) ) | |
| *Respondents*.     ) | |

**NOTICE OF RESUBMISSION OF PETITIONER'S MOTION FOR JUDGMENT ON THE RECORD AND OPPOSITION TO RESPONDENTS' MOTION FOR JUDGMENT ON THE RECORD**

On March 4, 2010, Petitioner Yasein Khasem Mohammad Esmail (ISN 522) resubmitted to the Court Security Officer his Motion for Judgment on the Record and his Opposition to Respondents' Motion for Judgment on the Record. The resubmitted versions include citations to the joint exhibits submitted to the Court on March 3, 2010.

Respectfully submitted,

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
Dekalb, IL 60115
(347) 564-5043 (phone)
(815) 753-9301 (fax)
mfalkoff@niu.edu

March 4, 2010

S. William Livingston
D.C. Bar. No. 59055
Alan A. Pemberton
D.C. Bar. No. 367108
Anna E. Cross
D.C. Bar No. 494788
Brian E. Foster
D.C. Bar No. 988311
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com
across@cov.com
bfoster@cov.com