UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YASSEIN KHASEM MOHAMMAD ESMAIL,

    Petitioner,

    v.

BARACK H. OBAMA, *et al.*,

    Respondents.

Civil Action No. 04-1254 (HHK)

**RESPONDENTS' NOTICE OF FILING LIST OF NON-ENGLISH WORDS FOR USE IN MERITS HEARING FOR YASSEIN KHASEM MOHAMMAD ESMAIL (ISN 522)**

NOTICE is hereby given that Respondents filed their List of Non-English Words anticipated for use at the Merits Hearing scheduled on March 9, 2010, for Yassein Khasem Mohammad Esmail (ISN 522) with the Court Security Office.

Dated: March 5, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

   //s// Linda B. Alberty
ANDREW I. WARDEN
KATHRYN C. MASON (DC Bar No. 985055
LINDA B. ALBERTY
ROBERT J. PRICE

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-514 4470

*Attorneys for Respondents*