UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>                    Petitioners,<br><br>            v.<br><br>BARACK H. OBAMA, et al.,<br><br>                    Respondents. | Civil Action 04-01254  (HHK) |

## ORDER

Before the Court are the parties' Motions for Judgment on the Record in the case of Petitioner Yasein Khasem Mohammad Esmail (ISN 522) [##768, 769].  Upon consideration of the record of this case, the Court concludes that the motions shall be denied.  A merits hearing will go forward on March 9, 2010 at 10:00am.

Accordingly, it is this 7th day of March, 2010 hereby

**ORDERED** that the Motions for Judgment on the Record are **DENIED**.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge