**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALMAN YAHLADI HSAN MOHAMMED SAUD (ISN 508), | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 04-1254 (HHK) ) |
| BARACK OBAMA, President of the United States, *et al.,* | ) ) ) ) |
| Respondents. | ) ) |

| | |
|---|---|
| MOHAMED MOHAMED HASSAN ODAINI (ISN 681), | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 04-1254 (HHK) ) |
| BARACK OBAMA, President of the United States, *et al.,* | ) ) ) ) |
| Respondents. | ) ) |

## NOTICE OF APPEARANCE

Undersigned counsel, Stephen M. Elliott, hereby enters his appearance as one of the counsels for Respondents in the above-named cases.

Dated: March 26, 2010

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors


/s/ Stephen M. Elliott
ANDREW I. WARDEN
STEPHEN M. ELLIOTT
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Tel: (202) 305-8177
stephen.elliott@usdoj.gov

Attorneys for Respondents