UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>            Petitioners,<br><br>      v.<br><br>BARACK H. OBAMA, et al.,<br><br>            Respondents. | Civil Action 04-01254  (HHK) |

**PREHEARING ORDER**

It is this 22nd day of March 2010, hereby **ORDERED**:

**1. Hearing Date and Time.**  The merits hearing for Petitioner Mohamed Mohamed Hassan Odaini (ISN 681) is scheduled for 10:00 a.m. on May 10, 2010.  The hearing shall continue day to day until concluded.

**2**. **Petitioner's Participation.**  Counsel for Petitioner will notify the Court and respondents by April 19, 2010, whether Petitioner will testify at the hearing.  Petitioner will be subject to cross-examination if he testifies.

**3. Briefs.**

a) Each side shall submit a brief in support of a motion for judgment on the record, not to exceed 45 pages, by no later than April 19, 2010.  The briefs shall include:

  i.  a discussion of applicable legal principles concerning detention authority as well as any other issues relevant to the motions, and

  ii. discussion and argument concerning the relevant facts, with specific citations to and discussion of the evidence relevant to the positions taken in the briefs.

b) Each side shall submit an opposition brief, not to exceed 35 pages, by no later than April 26, 2010.

c) The parties need not comply with the provision in Section III.A of the Consolidated Case Management Order to the extent that it requires submission of separate statements of material facts as to which a party contends there is no genuine dispute.

d) The parties shall submit to the Court two (2) copies of all briefs and oppositions.

**4. Exhibits.**  By May 3, 2010, the parties shall submit a numbered list of Joint Exhibits, along with a bound and tabbed copy of those exhibits.  The parties shall mark the exhibits as JE #__.

The parties are on notice that any documentary evidence that has not been included in the joint exhibits, or any argument based on such evidence, likely will be excluded from consideration by the Court.  The two exceptions to this deadline shall be (1) documents offered solely for rebuttal of arguments made at the Merits Hearing that could not reasonably have been anticipated before May 3, 2010, and (2) exculpatory information, which respondents have a continuing obligation to disclose to Petitioner.  Should parties need to add exhibits after May 3, 2010, those exhibits shall not be submitted as supplements to the joint exhibits.  Instead, respondents' exhibits will be referred to as GE #__ and Petitioner's exhibits as PE #__.

The parties shall submit to the Court two (2) copies of all exhibits and exhibit lists, bound separately.

**5. List of Names for Court Reporter.**  Each party shall create a list of both the spelling and pronunciation of any names of people, places, or things that are not English words and to which the party will refer during the merits hearing.  The parties shall present this list to the Court Reporter, Annie Shaw, by no later than May 6, 2010.

**6. Prehearing Conference.** The Court will hold a prehearing conference on May 6, 2010, at 4:45 p.m.

**7. Merits Hearing Procedures.**

**a) Opening Statements.** The parties will begin with unclassified opening statements, with respondents presenting their opening statement first. Each unclassified opening statement is limited to 20 minutes. If Petitioner would like to listen to the unclassified opening statements, Petitioner shall be responsible for providing a translator, and respondents shall coordinate with the appropriate entities and individuals to provide the logistical arrangements. Following the unclassified opening statements, respondents, and then Petitioner, will present classified opening statements. Each unclassified opening statement is limited to 30 minutes.

**b) Petitioner's Testimony.** Following the opening statements, Petitioner shall have an opportunity to testify. No other individuals will testify during this proceeding.

**c) Presentation of Evidence.** The parties will make an issue-by-issue presentation, consistent with the approach to these proceedings used by other Members of the Court. By May 3, 2010, the parties shall file a statement of material issues in dispute, and the order in which they will be presented, to the Court. If the parties cannot agree on what the material issues are, or the sequence in which they shall be addressed, they shall file separate proposals to the Court identifying the areas of disagreement.

As to each material issue, respondents shall make the first presentation. Petitioner then will have an opportunity to respond to respondents' presentation, and respondents then will have an opportunity to respond to Petitioner's presentation in rebuttal.

**d) Closing Statements.** The parties shall present classified closing statements. Respondents shall make their closing argument first, followed by Petitioner. Respondents will

then be allowed an opportunity to present arguments in rebuttal.  Each party will be given 45 minutes for making a closing statement, including rebuttal.

      **8. Objections to Prehearing Order.** Any objection to or request for clarification of this order shall be filed by no later than April 2, 2010.

                                                        Henry H. Kennedy, Jr.
                                                         United States District Judge