**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **MAHMOAD ABDAH**, *et al.*,  ) | |
|  ) | |
| Petitioners,  ) | |
|  ) | |
| v.  ) | Civil Action No. 04-cv-1254 (HHK) |
|  ) | |
| **BARACK H. OBAMA**  ) | |
| President of the United States, *et al.*,  ) | |
|  ) | |
| Respondents.  ) | |

## RESPONDENTS' NOTICE OF FILING

Please take notice that on March 24, 2010, Respondents filed with the Court Security Office a Motion for Reconsideration of the Court's Judgment granting the petition for a writ of habeas corpus of Petitioner Uthman Abdel Rahim Mohammed Uthman (ISN 27).

Dated: March 25, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

 */s/ Héctor G. Bladuell*

ANDREW I. WARDEN
KATHRYN C. MASON (D.C. Bar. No. 985055)
HECTOR G. BLADUELL (D.C. Bar. No. 503277)
TIMOTHY B. WALTHALL
Attorneys
United States Department of Justice

        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, D.C. 20530
        Tel. (202) 514-4470
        Fax. (202) 616-8470
        hector.bladuell@usdoj.gov

        Attorneys for Respondents