**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MAHMOAD ABDAH**, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No.: 04-1254 (HHK) |
| **BARACK H. OBAMA**, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## JOINT PROPOSED SCHEDULING ORDER

Counsel for Petitioner Salman Yahya Hassan Mohammed Rabeii (ISN 508) and Counsel for Respondents together respectfully submit this joint proposed scheduling order as noted in Petitioner's motion to lift the stay of his case.  (Doc. 787 at 2.)

**1.  Unclassified Factual Return.**

The Government shall file an unclassified version of the factual return for Petitioner Salman on or before May 24, 2010.

**2.  Exculpatory Evidence and Required Discovery.**

The Government shall comply with the requirements of Sections I.D.1 and I.E.1 of the Case Management Order as amended (the "CMO") on or before May 24, 2010, except with respect to searching, and producing responsive material found among, the documents and information provided to the Guantanamo Review Task Force ("GRTF") as required by the Court's Orders of April 8, 2009 (Doc. 477) and June 18, 2009 (Doc. 530).  The parties will attempt in good faith to reach agreement regarding searches and production of this material.

- 2 -

**3. Additional Discovery.**

If Petitioner Salman seeks discovery beyond the discovery required by the CMO, he shall file his motion to compel additional discovery no later than 28 days after the Government completes production of all discovery (including Task Force discovery) required under Sections I.D.1 and I.E.1 of the CMO.

**4. Petitioner's Traverse.**

Petitioner Salman shall file his traverse no later than 28 days after all discovery has been completed.

**5. Merits Schedule.**

The parties shall appear before the Court for a scheduling conference to set a date for a merits hearing and a briefing schedule as soon as practicable after Petitioner's traverse is filed.

March 26, 2010                                                    Respectfully submitted,

/s/ *Brian E. Foster*                                             TONY WEST
S. William Livingston                                             Assistant Attorney General
D.C. Bar No. 59055
Alan A. Pemberton                                                 JOSEPH HUNT
D.C. Bar No. 367108                                               Branch Director
Brian E. Foster
D.C. Bar No. 988311                                               TERRY M. HENRY
COVINGTON & BURLING LLP                                           JAMES J. GILLIGAN
1201 Pennsylvania Ave., N.W.                                      Assistant Branch Directors
Washington, DC 20004-2401
Tel:  (202) 662-6000                                              /s/ *Mark A. Vetter*
Fax:  (202) 778-6000                                              Stephen M. Elliott
wlivingston@cov.com                                               Mark A. Vetter
apemberton@cov.com                                                Attorneys
bfoster@cov.com                                                   United States Department of Justice
                                                                  Civil Division, Federal Programs Branch
David H. Remes                                                    20 Massachusetts Ave., N.W.
D.C. Bar. No. 370372                                              Washington, DC 20530
APPEAL FOR JUSTICE                                                Tel:  (202) 305-9910
1106 Noyes Drive
Silver Spring, MD 20910                                           *Counsel for Respondents*
Tel:  (202) 669-6508
remesdh@gmail.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60115
Tel:  (347) 564-5043
Fax:  (815) 753-9301
mdf19@columbia.edu

*Counsel for Petitioner*