UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>         Petitioners,<br><br>         v.<br><br>BARACK H. OBAMA, et al.,<br><br>         Respondents. | Civil Action 04-01254  (HHK) |

**ORDER**

Respondents filed a "Notice Correcting Characterizations Made in the Factual Return and Motion for Leave to Amend the Factual Return" in the case of Petitioner Mohamed Mohamed Hassan Odaini (ISN 681) [#806] on April 13, 2010.  The merits hearing for Petitioner Odaini is scheduled for May 10, 2010, and the parties' Cross-Motions for Judgment on the Record are due by April 19, 2010.  Accordingly, it is this 14th day of April 2010, hereby

**ORDERED** that Petitioner must submit any opposition to respondents' motion for leave to amend the factual return by no later than 3:00 p.m. on Monday, April 19, 2010; and it is further

**ORDERED** that respondents must submit any reply to Petitioner's opposition to their motion by no later than 3:00 p.m. on Wednesday, April 21, 2010; and it is further

**ORDERED** that the parties' obligations to file Cross-Motions for Judgment on the Record in this case are **STAYED** until the Court has ruled on this motion.

                                                       Henry H. Kennedy, Jr.
                                                       United States District Judge