**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADNAN FARHAN ABD AL LATIF ALA'DINI (ISN 156), ) ) ) ) Petitioner, ) ) v. ) ) BARACK OBAMA, ) President of the United States, *et al.,* ) ) Respondents. ) ) | Civil Action No. 04-1254 (HHK) |

**NOTICE OF APPEARANCE**

Undersigned counsel, Ann E. Nash, hereby enters her appearance as one of the counsel for Respondent in the above-named case.

//

//

//

//

//

//

//

//

//

Dated: May 4, 2010

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

/s/ *Ann E. Nash*
ANDREW I. WARDEN
RONALD WILTSIE
KATHRYN C. MASON (DC Bar No. 985055)
ANN E. NASH
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Tel: (202) 353-8776

Fax: (202) 616-8470
e-mail: anash@civ.usdoj.gov

Attorneys for Respondents