UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>              Petitioners,<br><br>       v.<br><br>BARACK H. OBAMA, et al.,<br><br>              Respondents. | Civil Action 04-01254  (HHK) |

NOTICE OF FILING

On this 14th day of June 2010, the Court filed with the Court Security Office its memorandum opinion and order denying Petitioner's motion for reconsideration of the Court's ruling denying the petition for a writ of habeas corpus of Yasein Khasem Mohammad Esmail (ISN 522). The Court will enter an unclassified version of the opinion and order on the docket as soon as it becomes available.

                                                                  Henry H. Kennedy, Jr.
                                                                  United States District Judge