UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>Petitioners,<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>Respondents. | Civil Action 04-01254 (HHK) |

## ORDER

On September 10, 2010, petitioner Abd Al Malik Abd Al Wahab (ISN 37) filed a motion for leave to amend the traverse in his case [#912]. Respondents have indicated that they will not oppose this motion. Accordingly, it is this 20th day of September, 2010 hereby

**ORDERED** that petitioner's motion for leave to amend the traverse [#912] is **GRANTED**.

Henry H. Kennedy, Jr.
United States District Judge