IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADNAN FARHAN ABD AL LATIF ALA'DINI (ISN 156),<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA,<br>President of the United States, *et al.,*<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1254 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING TRANSCRIPT ORDER FORM**

Pursuant to the Rule 10(b)(1), Fed. R. App. P., Respondents inform the Court and the Petitioner that on September 21, 2010 they hand delivered a signed transcript order form to the Court Reporter directly at the instruction of the Clerk's Office.

Dated: September 28, 2010

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

/s/ *Ann E. Nash*
RONALD WILTSIE
KATHRYN C. MASON (DC Bar No. 985055)
ANN E. NASH
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

Tel: (202) 353-8776
Fax: (202) 616-8470
e-mail: anash@civ.usdoj.gov

Attorneys for Respondents