# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALMAN YAHALDI HSAN MOHAMMED SAUD, | )<br>)<br>) |
| Petitioner, | )  Civil Action No. 04-1254 (HHK) |
| v. | )<br>)<br>) |
| BARACK OBAMA, et al., | )<br>) |
| Respondents. | ) |

## RESPONDENTS' NOTICE OF FILING

Respondents hereby provide notice that they filed under seal with the Clerk's Office today a protected information submission, entitled "Unopposed Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 508," along with a marked version of the factual return for Salman Yahaldi Hsan Mohammed Saud (ISN 508).

Dated:                                                         Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors


  */s Trish Maskew*
TRISH MASKEW
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 205301
TEL: (202) 305-7658

Attorneys for Respondents