**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

——————————————————————

**MAHMOAD ABDAH**, *et al.*,                    )
                                                )
        *Petitioners*,                          )
                                                )
        *v.*                                    )        **Civil Action No. 04-1254 (HHK)**
                                                )
**BARACK H. OBAMA**, *et al.*,                  )
                                                )
        *Respondents*.                          )
——————————————————————)

**STATUS REPORT FOR PETITIONER ABD AL MALIK ABD AL WAHAB (ISN 37)**

On September 28, 2010, this Court issued a Minute Order granting the motion of

Petitioner Abd Al Malik Abd Al Wahab (ISN 37) for a continuance of the briefing and hearing

schedule in this matter until the Government produces all remaining discovery, the Court

resolves Petitioner's anticipated discovery motion, and Petitioner's counsel has had an

opportunity to prepare the case in light of the Government's August 2010 additions to the factual

return.  (*See* Pet. Mot. for Continuance, Doc. 916; Minute Order, Sept. 28, 2010).  The Court also

directed Petitioner to confer with Respondents and file a status report by no later than January 21,

2011.  (Minute Order, Sept. 28, 2010.)

Counsel for Petitioner continue to prepare the case, in part through ongoing

research efforts in Yemen.  Given logistical and other obstacles in Yemen, that research has

taken longer than anticipated and will require, at a minimum, several additional weeks.  The

outcome of that research, in turn, will shape the content of Petitioner's anticipated discovery

motion, which remains forthcoming.  For these reasons, counsel for Petitioner propose to file

another status report with the Court by no later than April 22, 2011, after conferring with

Respondents.[1]

Respectfully submitted,

/s/ *James McCall Smith*
Alan A. Pemberton
D.C. Bar No. 367108
James McCall Smith
D.C. Bar No. 987082
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
apemberton@cov.com
jmsmith@cov.com

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60115
(347) 564-5043 (phone)
mdf19@columbia.edu

DATE:  January 21, 2011

---

[1] Petitioner's counsel has conferred with Respondents pursuant to the Court's Minute Order. The Government "does not object to Petitioner's request for additional time to investigate or develop his case."  But the Government "does not waive its earlier objections to Petitioner's use of this time to develop additional discovery requests or to seek to admit further independent evidence."  Accordingly, the Government "reserves its right to object to further discovery requests or to object to any evidence that was not disclosed by Petitioner before September 10, 2010—the agreed-upon deadline for Petitioner to move to amend to include any new evidence."