# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID ABDU AHMED, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 04-1254(HHK) |

## RESPONDENTS' NOTICE OF FILING

Respondents hereby provide notice that they filed under seal with the Clerk's Office today a protected information submission, entitled "Unopposed Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 41," along with a marked version of the factual return for Majid Abdu Ahmed (ISN 41).

Dated: January 26, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors


 /s/ Trish Maskew
TRISH MASKEW
Trial Attorney

Attorneys
United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
TEL: (202) 305-7658

Attorneys for Respondents