IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARUQ ALI AHMED, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 04-1254(HHK) |
| v. ) | |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## RESPONDENTS' NOTICE OF FILING

Respondents hereby provide notice that they filed under seal with the Clerk's Office today a protected information submission, entitled "Unopposed Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 32," along with a marked version of the factual return for Faruq Ali Ahmed (ISN 32).

Dated: February 2, 2011            Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors


 /s/ Trish Maskew
TRISH MASKEW
Trial Attorney

Attorneys
United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
TEL: (202) 305-7658

Attorneys for Respondents