**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MAHMOAD ABDAH**, *et al.*, | ) ) ) | |
| *Petitioners*, | ) ) | |
| v. | ) ) | Civil Action No. 04-1254 (HHK) |
| **BARACK H. OBAMA**, *et al.*, | ) ) ) | |
| *Respondents*. | ) ) | |

**STATUS REPORT FOR PETITIONER ABD AL MALIK ABD AL WAHAB (ISN 37)**

On September 28, 2010, this Court issued a Minute Order granting the motion of Petitioner Abd Al Malik Abd Al Wahab (ISN 37) for a continuance of the briefing and hearing schedule until the Government produces all remaining discovery, the Court resolves an anticipated discovery motion from Petitioner, and Petitioner's counsel has had an opportunity to prepare the case in light of the Government's August 2010 additions to the factual return. (*See* Pet. Mot. for Continuance, Doc. 916; Minute Order, Sept. 28, 2010.) The Court also directed Petitioner to confer with Respondents and file a status report by no later than January 21, 2011. (Minute Order, Sept. 28, 2010.) Petitioner filed this report on January 21, 2011, and stated that it would file an updated status report on April 22, 2011. (Status Report, Doc. 945.)

Over the past several months, counsel for Petitioner has continued to prepare the case, in part through ongoing research efforts in Yemen. Due to logistical and other obstacles in Yemen, conducting such research continues to be difficult and will require, at a minimum, several additional months. The outcome of that research, in turn, will shape the content of Petitioner's anticipated discovery motion, which remains forthcoming. For these reasons, counsel for

Petitioner propose to file another status report with the Court by no later than July 22, 2011, after conferring with Respondents.[1]

        Respectfully submitted,

        /s/ _Anthony J. Phillips_
        Anthony J. Phillips
        D.C. Bar. No. 991071
        Alan A. Pemberton
        D.C. Bar No. 367108
        James McCall Smith
        D.C. Bar No. 987082
        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave., N.W.
        Washington, DC 20004-2401
        (202) 662-6000 (phone)
        (202) 778-6000 (fax)
        aphillips@cov.com
        apemberton@cov.com
        jmsmith@cov.com

        David H. Remes
        D.C. Bar. No. 370372
        APPEAL FOR JUSTICE
        1106 Noyes Drive
        Silver Spring, MD 20910
        (202) 669-6508 (phone)
        remesdh@gmail.com

        Marc D. Falkoff
        D.C. Bar No. 491149
        NORTHERN ILLINOIS UNIVERSITY
        COLLEGE OF LAW
        DeKalb, IL 60115
        (347) 564-5043 (phone)
        mdf19@columbia.edu

DATE:  April 22, 2011

---

[1] Petitioner's counsel has conferred with Respondents pursuant to the Court's Minute Order. The Government "does not object to Petitioner's request for additional time to investigate or develop his case." But the Government "does not waive its earlier objections to Petitioner's use of this time to develop additional discovery requests or to seek to admit further independent evidence." Accordingly, the Government "reserves its right to object to further discovery requests or to object to any evidence that was not disclosed by Petitioner before September 10, 2010—the agreed-upon deadline for Petitioner to move to amend to include any new evidence."