UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>Petitioners,<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>Respondents. | Civil Action 04-01254  (HHK) |

## ORDER

On March 29, 2011, the U.S. Court of Appeals for the District of Columbia Circuit remanded this case to this Court with instructions to deny petitioner Uthman Abdul Rahim Mohammed Uthman's petition for a writ of habeas corpus. *Uthman v. Obama*, No. 10-5235 (D.C. Cir. Mar. 29, 2011) (judgment). Accordingly, it is this 29th day of April 2011 hereby

**ORDERED** that petitioner Uthman Abdul Rahim Mohammed Uthman's petition for a writ of habeas corpus is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge