IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, *et al.*, <br><br> Yasein Khasem Mohammad Esmail (ISN 522), <br><br> Uthman Abdul Rahim Mohammed Uthman (ISN 27), <br><br> *Petitioners*, <br><br> v. <br><br> BARACK H. OBAMA, *et al.,* <br><br> *Respondents*. | Civil Action No. 04-cv-1254 (RCL) |

**NOTICE OF ERRATA**

Respondents hereby submit the following correction to their Motion to Refer the Counsel-Access Issue for Decision by a Single District Judge and to Hold in Abeyance Former Petitioners Esmail's and Uthman's Motions for Order Concerning the Protective Order, Dkt. No. 1003.  The date contained in the last sentence of footnote 4 on page 6 is incorrect. That sentence should read as follows:

> If counsel enters into the MOU and provides it to GTMO by August 10 and if another counsel has not in the meantime requested these meeting slots, this arrangement will allow his trip to Guantanamo Bay to proceed without imposing unnecessary urgency on the Court's consideration of the important issues raised by the Motions for Relief.

Respondents apologize for any inconvenience to the Court arising from this error.

Date:  July 26, 2012                              Respectfully submitted,

                                       STUART F. DELERY
Acting Assistant Attorney General

JOSEPH H. HUNT
Director

JAMES GILLIGAN
TERRY M. HENRY
Assistant Branch Directors


 */s/ Robert J. Prince*
ROBERT J. PRINCE
RONALD WILTSIE
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:    (202) 305-3654
Fax:    (202) 616-8470
robert.prince@usdoj.gov

*Attorneys for Respondents*