UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: GUANTANAMO BAY DETAINEE CONTINUED ACCESS TO COUNSEL | ) ) ) ) ) ) ) ) | Miscellaneous No. 12-398 (RCL) Civil Action Nos. 04-1254 (RCL), 05-1638 (CKK), 05-2185 (RCL), 05-2186 (ESH), 05-2380 (CKK) |

## ORDER

The Court's Memorandum Opinion issued on September 6, 2012, contains a non-material factual error. Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the first sentence on page four under section II.B. is hereby amended to read, "In the ten years since the first detainees were brought to Guantanamo Bay, only a handful have been tried or convicted."[1]

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on September 6, 2012.

---

[1] The original sentence incorrectly stated that no detainees had been tried or convicted.