IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIL EL HAJ OBAID (ISN 165), ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No.04-1254 (RCL) |
| ) | |
| BARACK H. OBAMA, ) | **FILED** |
| President of the United States, et al., ) | |
| ) | JUL 0 7 2014 |
| Respondents. ) | |
| ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

Upon consideration of Respondents' Unopposed Motion to Extend the Time to Respond to Petitioner's Motion to Lift the Stay to Discover Medical Records, the Court hereby ORDERS that the motion is GRANTED. Respondents shall now respond to Petitioner's Motion to Lift Stay of the Petition of Adil Said Al Hag Obeid al Busayss (ISN 165) for Purpose of Obtaining Discovery of Medical Records (Dkt. No. 1033) on or before June 9, 2014, *nunc pro tunc*.

SO ORDERED:

_7/3/14_  
Date

The Honorable Royce C. Lamberth
United States District Judge